# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 10, 2010

No. 09-11096

Lyle W. Cayce
Clerk

L&C CONSULTANTS,

Plaintiff-Appellee

v.

ASH PETROLEUM; JAMES W. PEAK; GENE H. IRWIN,

Defendants-Appellants

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:07-CV-1904

Before WIENER, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.